UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MICHAEL BROWN, )
)
    *Petitioner*, )
v. ) 4:03-cv-81
) *Mattice*
)
KEVIN MYERS, Warden, )
)
    *Respondent*. )

## JUDGMENT ORDER

For the reasons set forth in the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The Court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R :**

                      Harry S. Mattice, Jr.
          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
    CLERK OF COURT